[No. 36746-7-II. Division Two. March 17, 2009.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN D. MOORE, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 04-1-01815-7, Chris Wickham, J., entered August 31, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Hunt, JJ.

[No. 36955-9-II. Division Two. March 17, 2009.]

VICTORY MOTEL, *Appellant,* v. THE DEPARTMENT OF HEALTH, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 07-2-07094-5, Brian M. Tollefson, J., entered October 12, 2007. *Reversed* by unpublished opinion per Van Deren, C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 36961-3-II. Division Two. March 17, 2009.]

METROPOLITAN PROPERTY & CASUALTY INSURANCE COMPANY, *Respondent,* v. THE ESTATE OF JOHNSON ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-08353-4, Bryan E. Chushcoff, J., entered November 5, 2007. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 37078-6-II. Division Two. March 17, 2009.]

THE STATE OF WASHINGTON, *Respondent,* v. TONY L. LEAGUE, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 07-1-00415-7, Toni A. Sheldon, J., entered November 15, 2007. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Houghton, J., concurred in by Armstrong and Hunt, JJ.